FILED
14-0302
8/5/2015 2:45:03 PM
tex-6369975
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

## No. 14-0302

### IN THE SUPREME COURT OF TEXAS

CHESAPEAKE EXPLORATION, L.L.C.
AND CHESAPEAKE OPERATING, INC.,

*Petitioners*,

**v.**

MARTHA ROWAN HYDER, INDIVIDUALLY, AND AS
INDEPENDENT EXECUTRIX AND TRUSTEE UNDER THE WILL OF
ELTON M. HYDER, JR., DECEASED, AND AS TRUSTEE UNDER THE
ELTON M. HYDER JR. RESIDUARY TRUST, AND AS TRUSTEE OF THE
ELTON M. HYDER JR. MARITAL TRUST, ET AL.,

*Respondents*.

**On Petition for Review
from the Fourth Court of Appeals, San Antonio, Texas
Court of Appeals No. 04-12-00769-CV**

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL OF RECORD

TO THE HONORABLE SUPREME COURT OF TEXAS:

Please take notice that Deborah G. Hankinson and Rebecca Adams Cavner of the law firm of Hankinson LLP have been retained by Petitioners Chesapeake Exploration, L.L.C. and Chesapeake Operating, Inc., in the above-captioned matter.

New appellate counsel's contact information is as follows:

Deborah G. Hankinson
State Bar No. 00000020
dhankinson@hankinsonlaw.com
Rebecca Adams Cavner
State Bar No. 00874900
bcavner@hankinsonlaw.com
Hankinson LLP
750 North St. Paul St., Suite 1800
Dallas, Texas 75201
214.754.9190
214.754.9140 (fax)

Please note that Bart A. Rue, Matthew D. Stayton, and Joe Greenhill of the law firm of Kelly Hart & Hallman LLP will remain as lead counsel for Petitioners in this appeal.

Respectfully submitted,

/s/ *Deborah G. Hankinson*

**Bart A. Rue**
  State Bar No. 17380500
  bart.rue@kellyhart.com
**Matthew D. Stayton**
  State Bar No. 24033219
  matt.stayton@kellyhart.com
**Joe Greenhill**
  State Bar 24084523
  joe.greenhill@kellyhart.com
**Kelly Hart & Hallman LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopier: (214) 878-9280

**Deborah G. Hankinson**
  State Bar No. 00000020
  dhankinson@hankinsonlaw.com
**Rebecca Adams Cavner**
  State Bar No. 00784900
  bcavner@hankinsonlaw.com
**Hankinson LLP**
750 N. St. Paul Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 754-9190
Telecopier: (214) 754-9140

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon the following persons via electronic service on this 5th day of August, 2015:

Michael A. Heidler
mheidler@velaw.com
Vinson & Elkins LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Counsel for Amicus Curiae
Texas Oil & Gas Association

Marie R. Yeates
myeates@velaw.com
Vinson & Elkins LLP
1001 Fannin street, Suite 2500
Houston, Texas 77002
Counsel for Amicus Curiae
Texas Oil & Gas Association

David J. Drez III
david.drez@wickphillips.com
Jeffrey W. Helberg, Jr.
jeff.hellberg@wickphillips.com
Jacob T. Fain
jacob.fain@wickphillips.com
Wick Phillips Gould & Martin, LLP
100 Throckmorton, Suite 500
Fort Worth, Texas 76102
Counsel for Respondents

Ken Slavin
kslavin@kempsmith.com
Kemp Smith LLP
221 North Kansas, Suite 1700
El Paso, Texas 79901
Counsel for Amicus Curiae
The General Land Office
Of the State of Texas

Roger D. Townsend
rtownsend@adjtlaw.com
Robert B. Dubose
rdubose@adjtlaw.com
Alexander Dubose Jefferson
 & Townsend LLP
1844 Harvard Street
Houston, Texas 77008
Counsel for Amicus Curiae
Wesley West Minerals, Ltd. and
Longfellow Ranch Partners LP

Dana Livingston
dlivingston@adjtlaw.com
Alexander Dubose Jefferson
 & Townsend LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701
Counsel for Amicus Curiae
Wesley West Minerals, Ltd. and
Longfellow Ranch Partners, LP

Hon. Raul A. Gonzalez
rgonzalezlaw@aol.com
10511 River Plantation Dr.
Austin, Texas 78747
*Counsel for Texas Land and
Mineral Owners Association and
National Association of Royalty
Owners-Texas, Inc.*

John B. McFarland
jmcfarland@gdhm.com
Graves, Dougherty, Hearon
 & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, Texas 78701
*Counsel for Texas Land and
Mineral Owners Association and
National Association of Royalty
Owners-Texas, Inc.*

*/s/ Rebecca Adams Cavner*
Rebecca Adams Cavner